**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>OSCAR GARCIA-MORALES,<br><br>                    Defendant. | Case No.: 16-CR-0093-GPC<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

    Upon motion of the United States of America and good cause appearing,

    IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

    IT IS SO ORDERED.

Dated:  February 24, 2016

_____
Hon. Gonzalo P. Curiel
United States District Judge